LINDA MELILLO *v.* ELIZABETH MARTINDALE ET AL. (8959)

NORCOTT, LAVERY and LANDAU, Js.

Argued January 9—decision released January 29, 1991

*Glenn W. Falk,* for the appellants (defendants).
*David S. Doyle,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.